# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                         )<br>            Plaintiff,                     )<br>     v.                                             )    Criminal Action No. 18- 60- UNA<br>                                                         )<br> JUAN GOMEZ-GOMEZ,           )<br> a/k/a MARTIN GOMEZ-GOMEZ, )<br>                                                         )<br>            Defendant.                  )  | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

On or about May 23, 2018, in the District of Delaware, Juan Gomez-Gomez, the defendant, an alien, was found in the United States after having been removed therefrom on or about March 16, 2007, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

DAVID C. WEISS
United States Attorney

By: _____
Daniel Logan
Assistant United States Attorney

Dated: August 10, 2018

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2018 AUG 13  AM 9:49